FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEOFFREY ROBERT LAWSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF CORRECTIONS, BERNARD WARNER, BRANDON WELLS, MARTHA HAYES, TAMRA AVERY, ISRAEL "ROY" GONZALES and JANE DOE SAIZ, <br><br> Defendants. | No.   2:16-CV-0361-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's March 1, 2017 Report and Recommendation, ECF No. 13, recommending that this Court deny Plaintiff's Motions, ECF Nos. 4, and 6.. The Plaintiff filed a timely objection on March 14, 2017, ECF No. 15.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

ORDER **-** 1

1. The Report and Recommendation, **ECF No. 13**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Preliminary Injunction, **ECF No. 4,** and Plaintiff's Motion to Supplement Motion for Preliminary Injunction, **ECF No. 6**, are **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all parties and Magistrate Judge Dimke.

**DATED** this 22nd day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2