UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEOFFREY ROBERT LAWSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> DAN PACHOLKE; ELDON VAIL; ISRAEL ROY GONZALES; BRANDON WELLS; MARTHA HAYES; TAMERA AVERY; LORI WONDERS; JOHN DOES 1–10; PAUL BARKER; BONNIE LONGINO; H. HERNANDEZ; LT. D. BUSS; LT. M. MARRY; CC2 JORDAN; BERNARD WARNER; RACHEL SHOOK; TRACY STUENKEL, <br><br> Defendants. | No. 2:16-CV-00361-SMJ <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND IN CAMERA REVIEW** |

Before the Court, without oral argument, is Plaintiff Motion for Protective Order and In Camera Review, ECF No. 60. Plaintiff filed with the Court three compact discs (CDs) that contain public disclosure information received directly from the Washington State Administrative Office of the Courts, Kitsap County Superior Court, and Kitsap County Sheriff's Office, respectively. ECF No. 61. Plaintiff asserts that he received the CDs through the Airway Heights Corrections

ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
AND IN CAMERA REVIEW **-** 1

Center mailroom and has been in possession of each CD for more than one year. Plaintiff further asserts that the CDs "are not broken in half and used as shanks"; "do not contain any erroneous duplication of any of the Agency's logo's"; and do not "contain any form of malicious computer code that would threaten Defendants' or any other computer network." ECF No. 60 at 3. Plaintiff argues that the CDs show Defendants' arguments are meritless.

Plaintiff requests (1) in camera review of the documents; (2) a protective order forbidding Defendants from confiscating or viewing the information contained on the CDs unless necessary to dispose of the case; and (3) return of the original packaging, accompanying documents and CDs under the Court's authority. Plaintiff's motion is denied.

First, in camera review is not appropriate in this case. Generally, all documents provided to the Court must also be provided to all other parties to the case. *See* Fed. R. Civ. P. 5. However, in limited cases, such as when one party asserts a claim of privilege, it may be appropriate for the Court to review documents in camera to determine whether privilege applies. *See* Fed. R. Civ. P. 26. Plaintiff makes no assertion of privilege and advances no other reason why in camera review is necessary in this case.

Second, to the extent Plaintiff asks the Court to prohibit Defendants from confiscating the CDs, his request is duplicative of his motion for preliminary

injunctive relief. For the reasons outlined in the Court's previous order denying preliminary injunctive relief, such relief is not warranted.

Finally, although documents filed with the Court generally are not returned, the Court will direct the Clerk's Office to return Plaintiff's CDs at the conclusion of this case via standard legal mail procedures.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Motion for Protective Order and In Camera Review, **ECF No. 60**, is **DENIED**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge