# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2019

SEAN F. McAVOY, CLERK

Geoffrey Robert Lawson, Sr.,

*Plaintiff*

v.

Dan Pacholke; Eldon Vail; Israel Roy Gonzales; Brandon Wells; Martha Hayes; Tamera Avery; Lori Wonders; John Does 1-10; Paul Barker; Bonnie Longino; H. Hernandez; Lt. D. Buss; Lt. M. Marry; CC2 Jordan; Bernard Warner; Rachel Shook; and Tracy Stuenkel,

*Defendant*

Civil Action No. 2:16-cv-00361-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion to Dismiss and Request for Frivolous Finding (ECF No. 72) is GRANTED;
Plaintiff's complaint is DISMISSED WITH PREJUDICE; and
Plaintiff is issued a "strike" under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).
Judgment is entered in favor of Defendants

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.  on a motion to Dismiss and Request for Frivolous Finding (ECF No. 72)

Date:  01/18/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates

*(By) Deputy Clerk*

Allison Yates